# Tuscaloosa Belt Railway Co. v. Hepstall, Admr.

APPEAL from the County Court of Tuscaloosa.
Tried before the Hon. HENRY B. FOSTER.

HENRY FITTS, for appellant.

DANIEL COLLIER, M. T. ORMOND, and FOSTER & OLIVER, for appellee.

This action was brought by the appellee as administrator of the estate of Mary E. Blackburn, deceased, against the appellant, Tuscaloosa Belt Railway Company, to recover damages for the alleged negligent killing of the plaintiff's intestate.

From a judgment assessing the plaintiff's damages at $12,000, the present appeal is prosecuted.

In this court the appeal was dismissed by agreement of parties.

Opinion by SHARPE, J.